IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-CV-43-F

| | |
|---|---|
| JENNIFER GEORGE-CASSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LM RESTAURANTS, INC. d/b/a ) | |
| TAVERNA AGORA GREEK ) | |
| RESTAURANT AND BAR, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER coming on before the Court upon the Consent Motion to Amend and Join filed by Plaintiff Jennifer George-Cassell;

IT APPEARING that good cause exists to permit the joinder of Taverna Plaka, LLC as an additional Defendant to this matter and for Plaintiff to file the proposed Amended Complaint attached to her Motion;

IT IS THEREFORE HEREBY ORDERED, ADJUDGED, AND DECREED that Taverna Plaka, LLC be joined as a Defendant to this action and Plaintiff file her proposed Amended Complaint within seven (7) days of the entry of this Order.

This the _30__ day of October, 2013.

_____
James C. Fox
Senior United States District Judge